THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRIAS, | CASE NO. C20-0805-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATENAUDE & FELIX, A.P.C., | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the date for Defendant to respond to Plaintiff's complaint (Dkt. No. 6). The Court hereby GRANTS the motion and ORDERS that Defendant must respond to the complaint by July 1, 2020.

DATED this 4th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0805-JCC
PAGE - 1