UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRIAS, <br><br> Plaintiff, <br><br> v. <br><br> PATENAUDE & FELIX, A.P.C., <br><br> Defendant. | CASE NO. C20-0805-JCC <br><br> ORDER |

This matter comes before the Court on the parties' joint motion for a judicial settlement conference (Dkt. No. 20). Having considered the motion and the relevant record, the Court DENIES the motion. As Local Civil Rule 39.1(e) advises, the Court generally does not authorize judicial settlement conferences unless "the parties have already participated in mediation, but have been unable to reach a settlement." Here, the parties concede they have not participated in mediation. Therefore, the Court DENIES the motion. To the extent that cost is a barrier to mediation, the Court directs the parties to Local Civil Rule 39.1(c)(4), which provides instructions for requesting mediation without charge.

//

//

//

//

1          DATED this 10th day of May 2021.

2

3

4

John C. Coughenour
5          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26