THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRIAS, | CASE NO. C20-0805-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATENAUDE & FELIX APC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' proposed stipulated protective order (Dkt. No. 26). The proposed order departs significantly from the Court's model order as to the procedures for resolving disputes over confidentiality designations and filing motions to seal. (*Compare* Dkt. No. 26-1 at §§ 4.3–4.5, *with* W.D. Wash. Model Stip. P.O. at § 4.3.)[1] The parties do not identify why this departure is appropriate, and the Court will not make significant revisions to the order that could result in an order that the parties have not agreed to. The Court thus DENIES the parties' stipulated motion (Dkt. No. 26) without prejudice.

//

---

[1] The Court notes that § 4.3 of the parties' redline version of their proposed order fails to reflect certain deletions from that section of the model order. (*Compare* Dkt. No. 26-2 at §4.3, *with* W.D. Wash. Model Stip. P.O. at §4.3.)

MINUTE ORDER
C20-0805-JCC
PAGE - 1

1 |     DATED this 14th day of September 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk