THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRIAS, | CASE NO. C20-0805-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATENAUDE & FELIX APC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue trial pending resolution of the parties' cross-dispositive motions. (Dkt. No. 37). Having considered the parties' submissions, the Court hereby GRANTS the motion in part and DENIES it in part.

The Court GRANTS Defendant's request for a continuance, (Dkt. No. 37), but DENIES as to the requested May or June 2022 date. It is further ORDERED that trial is CONTINUED to March 14, 2022, with the proposed pretrial order due February 21, 2022.

The Court also RENOTES the pending cross-motions (Dkt. Nos. 33, 34) to January 3, 2022. There will be no further briefing on those motions.

The Court separately notes that the parties indicated in their joint status report that they felt it would be appropriate to mediate this dispute at the close of discovery. (Dkt. No. 23 at 5.)

MINUTE ORDER
C20-0805-JCC
PAGE - 1

The Court set a discovery cutoff of October 12, 2021, and a Local Rule 39.1 mediation deadline of October 25, 2021, (Dkt. No. 24), both of which have passed.

It is thus ORDERED that within 7 days of this minute order, the parties must either (1) cause to be filed the required notice under Local Civil Rule 39.1(c)(7); or (2) file a joint status report showing cause for their failure to hold the mediation, updating the Court on the possibility of settlement, and specifying whether the Court should set a new Local Civil Rule 39.1 deadline.

DATED this 14th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk