THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRIAS, | CASE NO. C20-0805-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATENAUDE & FELIX APC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties jointly ask the Court to clarify whether its January 14, 2022 order vacated not only the trial date but also corresponding pretrial deadlines "in order to give the parties 30 days to try to settle the case and prepare a joint status report." (Dkt. No. 50 at 1.) To the extent the Court's January 14, 2022 order left any pretrial deadlines intact, such deadlines, (*see, e.g.*, Dkt. Nos. 24, 47), are hereby VACATED. The Court will set new deadlines if appropriate based on the parties' forthcoming joint status report.

DATED this 18th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0805-JCC
PAGE - 1